UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRANDON BELL                                                  CIVIL ACTION

VERSUS                                                        NO. 25-1032

TRAVIS DAY, WARDEN                                            SECTION: "J"(1)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 7), and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Brandon Bell's federal civil rights claims be **DISMISSED WITHOUT PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 29th day of July, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE